# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOEL LUBRITZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AIG CLAIMS, INC.,<br><br>    Defendant(s). | Case No. 2:17-cv-02310-APG-NJK<br><br>ORDER<br><br>(Docket No. 9) |

  Pending before the Court is a proposed discovery plan, Docket No. 9, that fails to provide the certifications required by Local Rule 26-1(b)(7)-(8) and misstates the deadline for seeking extensions established by Local Rule 26-4.[1] Accordingly, the discovery plan is **DENIED** and the parties shall file a discovery plan that complies with the local rules by September 28, 2017.

  IT IS SO ORDERED.

  DATED: September 22, 2017

                       _____
                       NANCY J. KOPPE
                       United States Magistrate Judge

---

[1] Such extension requests must be filed 21 days before expiration of the <u>subject deadline</u>, not 21 days before the discovery cutoff. *See* Local Rule 26-4. For example, filing a request to extend the deadline for initial experts that is 21 days before the discovery cutoff is untimely, as the initial expert deadline would have already expired weeks earlier.