**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL LUBRITZ, | ) |
|                 Plaintiff(s), | )   Case No. 2:17-cv-02310-APG-NJK |
| | ) |
| v. | )   **ORDER** |
| | ) |
| AIG CLAIMS, INC., | ) |
| | ) |
|                 Defendant(s). | ) |
| | ) |

Pending before the Court is Plaintiff's motion for production of unredacted claims notes pursuant to Rule 612 of the Federal Rules of Evidence, and for sanctions. Docket No. 18. Defendant filed a response in opposition, and Plaintiff filed a reply. Docket Nos. 19-20.

Defendant is hereby ORDERED to submit for the Court's *in camera* review the redacted and unredacted version of the claims file by February 27, 2018. Those copies shall be provided in a sealed envelope directly to the undersigned's box in the Clerk's Office.

The Court further ORDERS Plaintiff to file a complete transcript of Mr. McCabe's depostiion by February 27, 2018.

IT IS SO ORDERED.

DATED: February 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge