CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
SAMUEL R. MIRKOVICH, ESQ. (11662)
srm@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOEL LUBRITZ, | Case No.: 2:17-cv-02310-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER PROPOSING THE PARTIES SUBMIT THE JOINT PRETRIAL ORDER ON MARCH 26, 2019** |
| AIG CLAIMS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive; ROE LIMITED LIABILITY COMPANIES I through X, inclusive, | |
| Defendant. | |

Plaintiff, by and through his undersigned counsel, and Defendant, by and through its undersigned counsel, hereby stipulate and agree to file the Joint Pretrial Order on March 26, 2019 for the following reasons:

1. On December 18, 2018, the Court denied Defendant AIG Claims, Inc.'s Motion for Summary Judgment. [ECF. No. 35]. As a result of the Court's ruling, the Joint Pretrial Order is currently scheduled to be due on January 17, 2019.

2. As they were discussing and exchanging drafts of the Joint Pretrial Order, the Parties agreed to participate in a mediation before Justice Michael Cherry (Ret.) with Advanced Resolution Management on March 12, 2019.

Page 1 of 2

3. This stipulation in no way affects any other deadlines previously set by the Court.

Accordingly, the Parties respectfully propose that they submit the Joint Pretrial Order on March 26, 2019.

**IT IS SO STIPULATED**.

DATED: January 16, 2019					TYSON & MENDES LLP

							By /s/ *Thomas E. McGrath*
							Thomas E. McGrath, Esq. (7086)
							3960 Howard Hughes Parkway, Suite 600
							Las Vegas, Nevada 89169

							*Attorneys for Defendant AIG Claims, Inc.*

DATED: January 16, 2019					CAMPBELL AND WILLIAMS

							By /s/ *Samuel R. Mirkovich*
							Donald J. Campbell, Esq. (1216)
							Samuel R. Mirkovich, Esq. (11662)
							700 South Seventh Street
							Las Vegas, Nevada 89101

							*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: January 17, 2019