# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOEL LUBRITZ, | Case No.: 2:17-cv-02310-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| AIG CLAIMS, INC., | |
| Defendant(s). | |

In light of the acceptance of the offer of judgment, *see* Docket No. 46, the settlement conference previously set in this matter is **VACATED**.

IT IS SO ORDERED.

Dated: April 3, 2019

Nancy J. Koppe
United States Magistrate Judge